UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| WENDY STEVENS and STEPHANIE VILLALPANDO, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 4:06-cv-79-SEB-WGH |
| LIFE CARE CENTERS OF AMERICA, INC., d/b/a GREEN VALLEY CARE CENTER, | ) ) ) ) | |
| Defendant. | ) | |

**PARTIAL FINAL JUDGMENT**

The Court, having on this day issued its ruling on Defendant's Motion for Summary Judgment, finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay. Accordingly, partial final judgment is hereby entered in favor of Defendant and against Plaintiff, Wendy Stevens. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: __09/25/2008__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Debra Sue Andry
MATTOX MATTOX & WILSON
dandry@mmwlaw.net

Karen R. Goodwell
MATTOX & WILSON LLP
krg@mattoxwilson.com

Jan S. Michelsen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
jan.michelsen@odnss.com